Spawn
v.
Veeder.

Motion denied.

---

SPAWN <em>against</em> VEEDER.

S. A. FOOT, for the plaintiff, moved for leave to furnish an amended bill of particulars to the defendant.

It appeared from the affidavits read on both sides, that the declaration was served August 1st, 1822, with a bill of particulars, on the defendant's attorney ; that issue was joined August 20th, 1822 ; and the cause tried April, 1823. The bill proved very defective on the trial.   A verdict was rendered for the plaintiff ; but a new trial was granted upon the merits, in February term, 1824.   The cause had since been twice noticed for trial, and now stood noticed for the Albany Circuit.   The first bill was defective in consequence of the plaintiff's attorney not being fully instructed by his client, who lived 400 miles from him.   But lately, he had procured full and correct instructions, which enabled him to furnish the requisite particulars.

The plaintiff allowed to amend his bill of particulars, after his cause tried, a new trial granted, and two notices of trial after this, the cause being noticed for trial at the time of the amendment. This allowed on terms of paying all costs, if the defendant changed his defence , If not, then costs of the motion.

<em>J. M'Kown</em>, contra.

<em>Curia.</em>   These amendments are much a matter of discretion.   The plaintiff's attorney has not been very diligent in procuring proper information from his client ; but it will further the ends of justice to grant the amendment. We save the defendant from all costs resulting to him from the mistake.   If he chooses to change his plea, so as to vary his defence, he may do so ; and then the plaintiff must

first pay him all costs from the plea down to this time in-clusive. If not, the amendment is granted on the plaintiff's paying the costs of this motion.

Rule accordingly.(*a*)

(*a*) Vid. *Fuller* v. *Roosevelt*, ante, 144. In *Rex* v. *John Wilkes, Esq.*, a *criminal information*, for a libel, was amended, *in a material part*, by Lord Mansfield, *at his chambers, the day before trial, without the defendant's consent.* His Lordship consulted and produced many precedents in favor of the amendment.